02-11-469-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00469-CV

 

 


 
 
 City of Lubbock
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Ted Parker
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 141st
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Joint Motion To Dismiss
Appeal.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 May 3, 2012









[1]See Tex. R. App. P. 47.4.